[No. 6,650.—In Bank.]

## JOHN J. BRADY *v.* BRYAN PAGE ET AL.

STREET ASSESSMENT.

APPEAL from a judgment for the plaintiff and from an order denying a new trial in the Fourth District Court of the City and County of San Francisco. MORRISON, J.

*Joseph M. Nougues,* for Appellants.

*C. H. Parker,* for Respondent.

The COURT:

On the authority of *Brady* v. *Page, supra,* 52, judgment and order affirmed.

McKINSTRY, J., dissenting.